**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| CONNIE HARRIS, KRISTI SCOCCO, SUSAN SARTAIN, MARY MIHOVILICH, DAVID ASUNCION, BRIAN JAEGER, JUDY JAEGER, MARY CANTU, KRISTEN WEISE, KATRINA JOHNSON, CATHERINE CLEMENS, MARK MILLER, MARY MIOTKE, DALE DOYON, AARON HEINTZMAN, SARA MCNAMARA, ERIN BAST, and MARIA SAGISI GEISS, as individuals,<br><br>Plaintiffs,<br>v.<br><br>U.S. BANKCORP, BANK OF AMERICA, N.A., & KEYCORP, national banking associations,<br><br>Defendants. | Case No.: 2:19-cv-291-BJR<br><br>**STIPULATION &<br>ORDER ON AMENDED PLEADING DEADLINE**<br><br>**Noted for Hearing:**<br><br>**June 17, 2019** |

## Stipulation

The parties, through their respective counsel, hereby STIPULATE and AGREE as follows:

1. On or about February 28, 2019, Plaintiffs filed their Complaint in this matter, Case No. 2:19-cv-291-BJR. (Dkt. #1.)

2. On or about April 1, 2019, Defendant KeyCorp. filed a motion to dismiss Plaintiffs' Complaint. (Dkt. #10.)

3. On or about April 11, 2019, Plaintiffs filed a Motion for Leave to File First Amended Complaint. (Dkt. #11.)

STIPULATION & ORDER – 1
/TML/

**MCDOUGALD LAW GROUP P.S.**
400 108th Ave. NE, Suite 510
Bellevue, Washington 98004
(425) 455-2060

MLG

4. On or about May 8, 2019, the Court issued its Standing Order, which scheduled several dates, including a June 17, 2019 deadline for filing amended pleadings. (Dkt. #19.)

5. As of this Stipulation & Order, Defendant KeyCorp.'s motion to dismiss, (dkt. #10), and Plaintiffs' Motion for Leave to File First Amended Complaint, (dkt. #11), are pending before the Court.

6. The Parties, however, wish to preserve their ability – if at all – to amend the pleadings in this matter pending the Court's ruling on KeyCorp.'s motion to dismiss and Plaintiffs' Motion for Leave to File First Amended Complaint.

7. Accordingly, the parties, through their respective counsel, hereby **STIPULATE** and request that the Court enter an Order as follows:

(1) The Parties' deadline for filing amended pleadings, as previously set in the Court's May 8, 2019 Standing Order, is *continued* until Friday, *August 2, 2019*.

**So Stipulated.**

Dated this ____ day of June 2019.

| **McDougald Law Group P.S.** | **Attorney West Seattle** |
|---|---|
| /s/Shannon McDougald<br>/s/Trent Latta<br>Shannon McDougald, Esq.<br>Trent Latta, Esq.<br>400 108th Ave. NE, Suite 510<br>Bellevue, WA 98004<br>*Counsel to KeyCorp.* | /s/Eric J. Harrison<br>Eric J. Harrison<br>5400 California Ave. SW<br>Suite E<br>Seattle, WA 98136<br>*Counsel to Plaintiffs* |
| **Dorsey & Whitney LLP** | **Andrews Lagasse Branch + Bell** |
| /s/Shawn Larsen-Bright<br>Shawn Larsen-Bright<br>701 Fifth Avenue, Suite 6100<br>Seattle, WA 98104<br>*Counsel to U.S. Bank National Association* | /s/Kelly Drew Folder<br>Kelly Drew Folger<br>601 W. 1st Avenue, Suite 1400<br>Spokane, WA 99201<br>*Counsel to Bank of America* |

STIPULATION & ORDER – 2
/TML/

**MCDOUGALD LAW GROUP P.S.**
400 108th Ave. NE, Suite 510
Bellevue, Washington 98004
(425) 455-2060

MLG

**[Proposed] ORDER**

Based on the foregoing Stipulation of the Parties, the Court hereby issues the following ORDER:

(1) The Parties' deadline for filing amended pleadings, as previously set in the Court's May 8, 2019 Standing Order, is hereby *continued* until Friday, *August 2, 2019*.

**SO ORDERED**.

Dated this 24th day of June, 2019.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATION & ORDER – 3
/TML/

**MCDOUGALD LAW GROUP P.S.**
400 108th Ave. NE, Suite 510
Bellevue, Washington 98004
(425) 455-2060