HONORABLE BARBARA J. ROTHSTEIN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CONNIE HARRIS, KRISTI SCOCCO, SUSAN SARTAIN, MARY MIHOVILICH, DAVID ASUNCION, BRIAN JAEGER, JUDY JAEGER, MARY CANTU, KRISTEN WEISE, KATRINA JOHNSON, CATHERINE CLEMENS, MARK MILLER, MARY MIOTKE, DALE DOYON, AARON HEINTZMAN, SARA MCNAMARA, ERIN BAST, and MARIA SAGISI GEISS, as individuals,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. BANKCORP, BANK OF AMERICA, N.A., & KEYCORP, national banking associations,<br><br>Defendant. | CIVIL ACTION NO. 2: 19-cv-00291-BJR<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS BY PLAINTIFFS MARY MIOTKE AND KRISTI SCOCCO** |

## **STIPULATION**

Pursuant to FRCP 41, Plaintiffs Mary Miotke and Kristi Scocco, and Defendant U.S. Bank National Association (erroneously named in this action as "U.S. Bankcorp"), by and through their undersigned counsel of record, hereby stipulate and agree that all claims and causes of action by Plaintiffs Mary Miotke and Kristi Scocco in this action shall be dismissed with prejudice. For clarity, Plaintiffs Mary Miotke and Kristi Scocco have only asserted claims in this action against U.S. Bank National Association, and no claims by any Plaintiffs other than Mary Miotke and Kristi

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE - 1
2: 19-cv-00291-BJR

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

Scocco are affected by this Stipulation. The Parties jointly request entry of the Order below.

SO STIPULATED this 4th day of September, 2019.

| | |
|---|---|
| */s/ Shawn Larsen-Bright* | */s/ Eric J. Harrison* |
| Shawn Larsen-Bright, WSBA #37066 | Eric J. Harrison, WSBA #46129 |
| Alex Johnston, WSBA #54148 | Attorney West Seattle, P.S. |
| Dorsey & Whitney LLP | 5400 California Ave. SW Ste E |
| 701 Fifth Avenue, Suite 6100 | Seattle, WA 98136 |
| Seattle, WA 98104 | Phone: (206) 388-8092 |
| (206) 903-8800 | eric@attorneywestseattle.com |
| larsen.bright.shawn@dorsey.com | *Attorney for Plaintiffs Mary Miotke and Kristi Scocco* |
| johnston.alex@dorsey.com | |
| *Attorneys for Defendant U.S. Bank National Association* | |

**ORDER**

Based upon FRCP 41 and the foregoing Stipulation, all claims and causes of action by Plaintiffs Mary Miotke and Kristi Scocco in this action shall be and are hereby dismissed with prejudice. No claims by any Plaintiffs other than Mary Miotke and Kristi Scocco are affected by this Order.

IT IS SO ORDERED this 9th day of September, 2019.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE - 2
2: 19-cv-00291-BJR

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820