The Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CONNIE HARRIS, KRISTI SCOCCO, SUSAN SARTAIN, MARY MIHOVILICH, DAVID ASUNCION, BRIAN JAEGER, JUDY JAEGER, MARY CANTU, KRISTEN WEISE, KATRINA JOHNSON, CATHERINE CLEMENS, MARK MILLER, MARY MIOTKE, DALE DOYON, AARON HEINTZMAN, SARA MCNAMARA, ERIN BAST, and MARIA SAGISI GEISS, as individuals,<br><br>Plaintiffs,<br>v.<br><br>U.S. BANKCORP, BANK OF AMERICA, N.A., & KEYCORP, national banking associations,<br><br>Defendants. | Case No.: 2:19-cv-291-BJR<br><br>**THIRD STIPULATION & ORDER EXTENDING AMENDED PLEADING DEADLINE**<br><br>**Noted for Hearing:**<br><br>**September 13, 2019** |

## **Stipulation**

The parties, through their respective counsel, hereby STIPULATE and AGREE as follows:

1. On or about February 28, 2019, Plaintiffs filed their Complaint in this matter, Case No. 2:19-cv-291-BJR. (Dkt. #1.)

2. On or about April 1, 2019, Defendant KeyCorp. filed a motion to dismiss Plaintiffs' Complaint. (Dkt. #10.)

3. On or about April 11, 2019, Plaintiffs filed a Motion for Leave to File First Amended Complaint. (Dkt. #11.)


STIPULATION & ORDER – 1
/TML/


**MCDOUGALD LAW GROUP P.S.**
400 108th Ave. NE, Suite 510
Bellevue, Washington 98004
(425) 455-2060

4. On or about May 8, 2019, the Court issued its Standing Order, which scheduled several dates, including a June 17, 2019 deadline for filing amended pleadings. (Dkt. #19.)

5. On or about June 17, 2019, the parties filed a Stipulation and proposed Order on Amended Pleadings Deadline, proposing to extend the deadline for filing amended pleadings to August 2, 2019. (Dkt. #22)

6. On or about June 24, 2019, Judge Barbara Rothstein signed the Stipulation and Order, continuing the deadline for filing amended pleadings to August 2, 2019. (Dkt. #25.)

7. On or about August 1, 2019, the parties filed a Second Stipulation and proposed Order on Amended Pleadings Deadline, proposing to further extend the deadline for filing amended pleadings to September 13, 2019. (Dkt. #26)

8. On or about August 5, 2019, Judge Barbara Rothstein signed the Stipulation and Order, further continuing the deadline for filing amended pleadings to September 13, 2019. (Dkt. #28)

9. As of this Stipulation & Order, Defendant KeyCorp.'s motion to dismiss, (Dkt. #10), and Plaintiffs' Motion for Leave to File First Amended Complaint, (Dkt. #11), are still pending before the Court.

10. /s

11.

12. The Parties, however, wish to preserve their ability – if at all – to amend the pleadings in this matter pending the Court's ruling on KeyCorp.'s motion to dismiss and Plaintiffs' Motion for Leave to File First Amended Complaint.

13. Accordingly, the parties, through their respective counsel, hereby **STIPULATE** and request that the Court enter an Order as follows:

    **(A)** **The Parties' deadline for filing amended pleadings, as previously set in the Court's August 5, 2019 Order (Dkt. #25), is *continued* until Friday, October 25, 2019.**

STIPULATION & ORDER – 2
/TML/

**McDougald Law Group P.S.**
400 108th Ave. NE, Suite 510
Bellevue, Washington 98004
(425) 455-2060

MLG

**So Stipulated.**

Dated this 13th day of September 2019.

| | |
|---|---|
| **McDougald Law Group P.S.** | **Attorney West Seattle** |
| /s/Shannon McDougald <br> /s/Trent Latta <br> Shannon McDougald, Esq. <br> Trent Latta, Esq. <br> 400 108th Ave. NE, Suite 510 <br> Bellevue, WA 98004 <br> *Counsel to KeyCorp.* | /s/Eric J Harrison <br> Eric J. Harrison <br> 5400 California Ave. SW <br> Suite E <br> Seattle, WA 98136 <br> *Counsel to Plaintiffs* |
| **Dorsey & Whitney LLP** | **Andrews Lagasse Branch + Bell** |
| /s/Shawn Larsen-Bright <br> /s/Alexandra Johnston <br> Shawn Larsen-Bright <br> Alexandra Johnston <br> 701 Fifth Avenue, Suite 6100 <br> Seattle, WA 98104 <br> *Counsel to U.S. Bank National Association* | /s/Kelly D Folger <br> Kelly Drew Folger <br> 601 W. 1st Avenue, Suite 1400 <br> Spokane, WA 99201 <br> *Counsel to Bank of America* |

## ORDER

Based on the foregoing Stipulation of the Parties, the Court hereby issues the following **ORDER**:

(1) The Parties' deadline for filing amended pleadings, as previously set in the Court's August 5, 2019 Order (Dkt. #25), is continued until Friday, *October 25, 2019*.

**SO ORDERED**.

Dated this 17th day of September, 2019.

*/s/ Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge