HONORABLE BARBARA J. ROTHSTEIN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CONNIE HARRIS, KRISTI SCOCCO, SUSAN SARTAIN, MARY MIHOVILICH, DAVID ASUNCION, BRIAN JAEGER, JUDY JAEGER, MARY CANTU, KRISTEN WEISE, KATRINA JOHNSON, CATHERINE CLEMENS, MARK MILLER, MARY MIOTKE, DALE DOYON, AARON HEINTZMAN, SARA MCNAMARA, ERIN BAST, and MARIA SAGISI GEISS, as individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. BANKCORP, BANK OF AMERICA, N.A., & KEYCORP, national banking associations,<br><br>Defendant. | CIVIL ACTION NO. 2: 19-cv-00291-BJR<br><br>**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS BY PLAINTIFF DAVID ASUNCION** |

**STIPULATION**

Pursuant to FRCP 41, Plaintiff David Asuncion and Defendant Bank of America, N.A. by and through their undersigned counsel of record, hereby stipulate and agree that all claims and causes of action by Plaintiff David Asuncion in this action shall be dismissed without prejudice. For clarity, Plaintiff David Asuncion has only asserted claims in this action against Bank of America, N.A., and no claims by any Plaintiffs other than David Asuncion are affected by this Stipulation. The Parties jointly request entry of the Order below.

STIPULATION AND ORDER OF
DISMISSAL WITHOUT PREJUDICE - 1

4850-5047-8243\1

*Attorney West Seattle, P.S.*
*5400 California Ave. SW Ste E*
*Seattle, WA 98136*

SO STIPULATED this 19th day of December, 2019.

| | |
|---|---|
| /s/ Kelly D. Folger | /s/ Eric J. Harrison |
| Kelly D. Folger, WSBA #39407 | Eric J. Harrison, WSBA #46129 |
| Andrews Lagasse Branch + Bell, LLP | Attorney West Seattle, P.S. |
| 601 W. 1st Avenue, Suite 1400 | 5400 California Ave. SW Ste E |
| Spokane, WA 99201 | Seattle, WA 98136 |
| Telephone: (509)828-4408 | Phone: (206) 388-8092 |
| kfolger@albblaw.com | eric@attorneywestseattle.com |
| *Attorney for Defendant Bank of America, N.A.* | *Attorney for Plaintiff David Asuncion* |

## ORDER

Based upon FRCP 41 and the foregoing Stipulation, all claims and causes of action by Plaintiff David Asuncion in this action shall be and are hereby dismissed without prejudice. No claims by any Plaintiffs other than David Asuncion are affected by this Order.

IT IS SO ORDERED this 20th day of December, 2019.

_Barbara J. Rothstein_
Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATION AND ORDER OF
DISMISSAL WITHOUT PREJUDICE - 2

*Attorney West Seattle, P.S.*
*5400 California Ave. SW Ste E*
*Seattle, WA 98136*

4850-5047-8243\1