IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CONNIE HARRIS, KRISTI SCOCCO, SUSAN SARTAIN, MARY MIHOVILICH, DAVID ASUNCION, BRIAN JAEGER, JUDY JAEGER, MARY CANTU, KRISTEN WEISE, KATRINA JOHNSON, CATHERINE CLEMENS, MARK MILLER, MARY MIOTKE, DALE DOYON, AARON HEINTZMAN, SARA MCNAMARA, ERIN BAST, and MARIA SAGISI GEISS, as individuals,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. BANKCORP, BANK OF AMERICA, N.A., & KEYCORP, national banking associations,<br><br>Defendants. | CASE NO. 2:19-cv-291-BJR<br><br>**ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS BY PLAINTIFFS CONNIE WOOD-HARRIS, SARA MC NAMARA, MARIA SAGISI-GEISS, BRIAN JAEGER, CATHERINE CLEMENS, AND MARY CANTU**<br><br>Judge: Barbara J. Rothstein<br><br>Complaint filed: 02/28/2019<br>Trial date:    Not Set |

**ORDER**

Based upon FRCP 41 and the stipulations filed herein, all claims and causes of action by the following Plaintiffs: Connie Wood-Harris, Sara McNamara, Maria Sagisi-Geiss, Brian Jaeger, Catherine Clemens, and Mary Cantu, in this action shall be and are hereby dismissed with prejudice. No claims

-1-

1  by any Plaintiffs other than Connie Wood-Harris, Sara McNamara, Maria
2  Sagisi-Geiss, Brian Jaeger, Catherine Clemens, and Mary Cantu are affected by
3  this order.

5  IT IS SO ORDERED this 31st day of January, 2020.

*[signature: Barbara J. Rothstein]*
Barbara Jacobs Rothstein
U.S. District Court Judge