IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CONNIE HARRIS, KRISTI SCOCCO, SUSAN SARTAIN, MARY MIHOVILICH, DAVID ASUNCION, BRIAN JAEGER, JUDY JAEGER, MARY CANTU, KRISTEN WEISE, DAIN PEEZ, KATRINA JOHNSON, CATHERINE CLEMENS, MARK MILLER, MARY MIOTKE, DALE DOYON, AARON HEINTZMAN, SARA MCNAMARA, ERIN BAST, and MARIA SAGISI GEISS, as individuals, <br><br> Plaintiffs, <br><br> vs. <br><br> U.S. BANKCORP, BANK OF AMERICA, N.A., & KEYCORP, national banking associations, <br><br> Defendants. | CASE NO. 2:19-cv-291-BJR <br><br> **STIPULATION & ORDER CONTINUING DEADLINE FOR EXPERT DISCLOSURES** <br><br> **NOTE ON MOTION CALENDAR: FEBRUARY 13, 2020** |

**<u>STIPULATION</u>**

The parties, through their respective counsel, hereby stipulate and agree as follows:

1.      On October 29, 2019, the parties filed a joint stipulation and proposed order agreeing to continuing trial until August 10, 2020. (*See* Dkt. #35). In that October 29, 2019 stipulation, the parties further stipulated to reschedule pretrial deadlines, including to continue the disclosure of expert reports until January 14, 2020. (Dkt. #35 at p. 3.)

Andrews Lagasse Branch + Bell LLP
601 W. 1st Avenue, Suite 1400
Spokane, WA 99201

-1-

STIPULATION AND ORDER re EXPERT DISCLOSURE DEADLINE
Case No. 2:19-CV-00291- BJR

Andrews Lagasse Branch + Bell LLP
601 W. 1st Avenue, Suite 1400
Spokane, WA 99201

1    2.    The Court signed the proposed order and filed it on October 31, 2019. (Dkt.

2    #36.)

3    3.    On January 6, 2020, the parties filed a stipulation and proposed order agreeing

4    to extend the expert disclosure deadline until February 14, 2020. (Dkt. #46.)

5    4.    The Court signed the proposed order and filed it on January 10, 2020. (Dkt.

6    #47.)

7    5.    The parties continue to engage in the depositions of corporate representatives

8    pursuant to FRCP 30(b)(6) and continue to meet and confer over issues related to written

9    discovery initially completed before the discovery cutoff deadline of February 12, 2020. The

10   parties request additional time to prepare expert designations, expert reports, and potentially

11   expert rebuttal designations and reports.

12   6.    The parties agree that a one-week extension is necessary and proper. Thus, the

13   parties seek to continue the expert disclosure deadline pursuant to FRCP 26 until

14   February 21, 2020.

15

16   Dated: February 13, 2020.

17

18   **McDougald Law Group, P. S.**                    **Attorney West Seattle**

19   */s/ Trent Latta_____*                        */s/ Eric Harrison_____*
     Shannon McDougald                                  Eric J. Harrison
20   Trent Latta                                        5400 California Ave. SW, Suite E
     400 108th Ave. NE, Suite 510                       Seattle, WA 98136
21   Bellevue, WA 98004                                 *Counsel to Plaintiffs*
     *Counsel to KeyCorp.*
22

23   **Andrews Lagasse Branch + Bell LLP**

24   */s/ Garrett J. Williams_____*
     Kelly Drew Folger
25   Garrett J. Williams
     601 W. 1st Avenue, Suite 1400
26   Spokane, WA 99201
     *Counsel to Bank of America*
27

28

STIPULATION AND ORDER re EXPERT DISCLOSURE DEADLINE
Case No. 2:19-CV-00291- BJR

1  **ORDER**

2  Based on the foregoing Stipulation of the Parties, the Court hereby issues the

3  following **ORDER**:

4  1.  The Parties' current February 14, 2020 deadline to disclose expert witnesses

5  pursuant to Federal Rule of Civil Procedure 26 is hereby STRICKEN and rescheduled for

6  February 21, 2020.

7  2.  No further extensions of expert witness disclosure deadlines will be granted.

8  **IT IS SO ORDERED**

9  Dated this 14th day of February 2020.

10

11

12

13  Barbara Jacobs Rothstein
    U.S. District Court Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER re EXPERT DISCLOSURE DEADLINE
Case No. 2:19-CV-00291- BJR