Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CONNIE HARRIS, KRISTI SCOCCO, *et al.*,<br>Plaintiffs,<br><br>v.<br><br>U.S. BANKCORP, BANK OF AMERICA, N.A., & KEYCORP, national banking associations,<br>Defendants. | No.: 2:19-cv-291 BJR<br><br>ORDER DIRECTING PARTIES TO FILE JOINT STATUS REPORT |

On March 18, 2020, the parties in this matter filed a stipulated "Notice of Settlement," advising the Court that the parties had reached, in principle, agreement in settlement of this matter, and requesting that the Court vacate all remaining deadlines. The parties requested 60 days to finalize their settlement agreement and file a stipulated dismissal.

The Court declined to vacate the deadlines, but continued those deadlines for 60 days in reliance on the parties' representation that settlement could be finalized within that time. Having not received a stipulated dismissal to date, the Court hereby directs the parties to file, within 10 days of the date of this order, a Joint Status Report ("JSR") advising whether a settlement has been finalized, and providing any other information that may be relevant to trial and pre-trial scheduling of this case. If appropriate, the parties may file, in lieu of a JSR, a stipulated dismissal.

///

DATED this 28th day of May, 2020.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

2