HONORABLE BARBARA J. ROTHSTEIN

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| CONNIE HARRIS, KRISTI SCOCCO, SUSAN SARTAIN, MARY MIHOVILICH, DAVID ASUNCION, BRIAN JAEGER, JUDY JAEGER, MARY CANTU, KRISTEN WEISE, KATRINA JOHNSON, CATHERINE CLEMENS, MARK MILLER, MARY MIOTKE, DALE DOYON, AARON HEINTZMAN, SARA MCNAMARA, ERIN BAST, and MARIA SAGISI GEISS, as individuals,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. BANKCORP, BANK OF AMERICA, N.A., & KEYCORP, national banking associations,<br><br>Defendants. | CASE NO. 2:19-cv-291-BJR<br><br>**ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS BY PLAINTIFFS MIHOVILICH, JOHNSON, DOYON, BAST, WEISE, MILLER, PEEZ, AND HEINTZMAN**<br><br>Judge: Barbara J. Rothstein |

**ORDER**

Based upon FRCP 41 and the stipulations filed herein, all claims and causes of action by the following Plaintiffs: Mary Mihovilich, Katrina Johnson, Dale Doyon, Erin Bast, Kristin

Andrews Lagasse Branch + Bell LLP
601 W. 1st Avenue, Suite 1400
Spokane, WA 99201

-1-

ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS BY PLAINTIFFS
Case No. 2:19-CV-00291- BJR

Weise, Mark Miller, Dain Peez, and Aaron Heintzman, in this action shall be and are hereby dismissed with prejudice.

IT IS SO ORDERED this 12th day of June, 2020.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge