HONORABLE BARBARA J. ROTHSTEIN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CONNIE HARRIS, KRISTI SCOCCO, et al., as individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. BANKCORP, BANK OF AMERICA, N.A., & KEYCORP, national banking associations,<br><br>Defendant. | CIVIL ACTION NO. 2: 19-cv-00291-BJR<br><br>**ORDER OF DISMISSAL OF ALL CLAIMS** |

**ORDER**

Based upon FRCP 41 and the Stipulation of Dismissal of All Claims filed by the parties, all claims and causes of action by the remaining Plaintiffs in this action shall be and are hereby dismissed with prejudice.

IT IS SO ORDERED this 3rd day of August, 2020.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER OF
DISMISSAL - 1

*Attorney West Seattle, P.S.*
*5400 California Ave. SW Ste E*
*Seattle, WA 98136*

4850-5047-8243\1